UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

☑   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   )   17-30546-hcd

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Blake Nathaniel Dahl | Blake Nathaniel Dahl |
| **Law Firm, Company, and/or Agency:** | Gordon Etzler & Associates, LLP | Fred W. Grady & Associates, P.C. |
| **Address:** | 251 Indiana Ave<br>Valparaiso, IN 46383 | BMO-Harris Bank Building, Suite One<br>750 South Washington Street.<br>Valparaiso, IN 46383 |
| **Primary E-mail:** | bnd@etzlerlaw.com | bdahl@fwgpc.com |
| **Secondary E-mail(s):** | blake.dahl@yahoo.com | blake.dahl@yahoo.com |
| **Telephone Number:** | 219-531-7787 | 219-462-2460 |
| **Facsimile:** | 219-531-4732 | 866-462-6197 |

Date: 03-30-2017                    s/ Blake N. Dahl

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.